**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 16-0148 WHA |
| Plaintiff, | |
| v. | **ORDER CONTINUING SENTENCING** |
| GAIL E. LIZAK, | |
| Defendant. | |

The Court is in receipt of the parties' request to continue the sentencing to August 23, 2016. The Court is not available for a sentencing on August 23, 2016. Defendant's sentencing is hereby continued to August 24, 2016, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: July 19, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE