IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 16-0148 WHA |
| Plaintiff, | |
| v. | **ORDER REGARDING DECLARATIONS FOR SENTENCING** |
| GAIL E. LIZAK, | |
| Defendant. | |

The Court is in receipt of the government's reply brief and request for an evidentiary hearing. The brief references declarations that have not yet been received by the Court. **BY TONIGHT AT 11:00 P.M.**, the parties shall file any declarations they intend to rely on at tomorrow's sentencing.

**IT IS SO ORDERED.**

Dated: September 20, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE