Nanci L. Clarence (SBN 122286)
Adam F. Shearer (SBN 217853)
CLARENCE DYER & COHEN LLP
899 Ellis St.
San Francisco, CA 94109
Tel: (415) 749-1800
Fax: (415) 749-1694
nclarence@clarencedyer.com
ashearer@clarencedyer.com

Attorneys for Defendant
GAIL E. LIZAK

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-16-0148 WHA |
| v. | **STIPULATION AND REQUEST FOR CONTINUANCE OF POST-INCARCERATION PROGRESS REPORT HEARING; [PROPOSED] ORDER** |
| GAIL E. LIZAK, | |
| Defendant. | |

At the sentencing in this hearing, the Court set a hearing date on September 19, 2017 at 2:00 to receive a "progress report" from Ms. Lizak following completion of her term of incarceration. Undersigned counsel requests a brief continuance of that hearing because counsel will be out of the country and unavailable. The government and probation officer supervising Ms. Lizak have no objection to the continuance. The parties are available on October 17, 2017 at 2pm.

In the interim, undersigned counsel submits the following interim status report for the Court's information:

1. Ms. Lizak is employed part-time at the West Coast Pathology Lab as a DNA Lab Supervisor, a job that was held open for her to resume upon her return. Her California

Laboratory Scientist license was reviewed by state authorities and has been reinstated without restrictions last week.

2. Ms. Lizak's home situation is stable as her son, Justin, completed a six month live/work program, is clean and sober, and has been living in the family home with Ms. Lizak and her husband.

3. Ms. Lizak is under the supervision of United States Probation Officer Alton Dural.

Accordingly, undersigned counsel respectfully requests that this matter be continued to October 17, 2017.

SO STIPULATED.

Dated: August 28, 2017         CLARENCE DYER & COHEN LLP

                               /s/
                               NANCI L. CLARENCE
                               Counsel for Gail E. Lizak

Dated: August 28, 2017         BRIAN J. STRETCH
                               United States Attorney

                               /s/
                               THOMAS MOORE
                               Assistant United States Attorney

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED that the post-incarceration progress report hearing for the above-captioned case shall be continued from September 19, 2017 at 2:00 p.m. to October 17, 2017 at 2:00 p.m.

DATED: September 2, 2017.

_____
THE HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE